**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PAYNE, DARRYL                            §   Case No.  06-11088
                                                §
                                                §
Debtor(s)                                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DEBORAH K. EBNER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 03/18/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/10/2011_____     By:  /s/DEBORAH K. EBNER_____
                                                      Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PAYNE, DARRYL                                          §   Case No. 06-11088
                                                             §
                                                             §
                                                             §
Debtor(s)                                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $         665,966.56

*and approved disbursements of*                         $         592,580.01

*leaving a balance on hand of* [1]                      $          73,386.55

**Balance on hand:**                               **$**          73,386.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:     **$**          0.00
Remaining balance:                         **$**      73,386.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - DEBORAH K. EBNER | 30,000.00 | 0.00 | 30,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 207.92 | 0.00 | 207.92 |
| Attorney for Trustee, Fees - Law Office of Deborah K. Ebner | 3,987.50 | 0.00 | 3,987.50 |
| Attorney for Trustee, Expenses - Sugar Friedberg & Felsenthal, LLP | 1,912.65 | 0.00 | 1,912.65 |
| Accountant for Trustee, Fees - Popowcer Katten | 2,428.50 | 0.00 | 2,428.50 |
| Attorney for Trustee Fees - Sugar Friedberg & Felsenthal, LLP | 50,525.75 | 25,613.45 | 24,912.30 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 63,448.87 |
| Remaining balance: | $ | 9,937.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,937.68 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,960.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 19,960.70 | 0.00 | 9,937.68 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 9,937.68 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 650,785.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | T-Mobile Bankruptcy | 340.56 | 0.00 | 0.00 |
| 2 | First Choice Bank | 278,331.88 | 0.00 | 0.00 |
| 4 | LVNV Funding LLC | 14,886.39 | 0.00 | 0.00 |
| 5 | Advance Duplication Services | 219,316.65 | 0.00 | 0.00 |
| 7 | MP3.com, Inc.clo John W. Lamb Jr. | 109,655.39 | 0.00 | 0.00 |
| 10U | Illinois Department of Revenue | 28,254.75 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 79,539.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Jamil Nawa | 35,003.40 | 0.00 | 0.00 |
| 9 | Guerard, Kalina & Butkus | 44,536.20 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:   /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE  OF  NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Feb 11, 2011
Case: 06-11088               Form ID: pdf006          Total Noticed: 29


The following entities were noticed by first class mail on Feb 13, 2011.
```
db           +Darryl Payne,   4112 Diamond Court,   Naperville, IL 60564-7131
aty          +Andrew J Abrams,   SUGAR & FELSENTHAL LLP,   30 North LaSalle Street,   Suite 3000,
              Chicago, IL 60602-3327
aty          +Andrew J Abrams,   SUGAR, FRIEDBERG & FELSENTHAL LLP,   30 North LaSalle Street,   Suite 3000,
              Chicago, IL 60602-3327
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty          +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
              Chicago, IL 60603-6306
aty          +Deborah Kanner Ebner,   11 E Adams St,   Suite 800,   Chicago, IL 60603-6324
aty          +Paula K. Jacobi, Esq.,   BARNES & THORNBURG LLP,   1 North Wacker Drive,   Suite 4400,
              Chicago, IL 60606-2833
tr           +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
10901545     +Advance Duplication Services,   C/O Law Offices Deborah S Ashen Ltd,   217 N Jefferson Ste 600,
              Chicago, IL 60661-1114
11004423     +C/F International Inc,   C/O Adelman & Gettleman Ltd,   53 W Jackson Blvd Ste 1050,
              Chicago, Il 60604-3786
11103199     +C/F International, Inc.,   c/o Lindsay Taylor, Esq.,   Carella, Bryne, Bain, Gilfillan, Cecchi,,
              5 Becker Farm Road,   Roseland, NJ 07068-1783
10901546     +CF International,   c/o Novak & Macey LLP,   100 N. Riverside Plaza,   Chicago, IL 60606-1501
10901547     +Citibank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
10901548     +Citibank South Dakota,   Exception Payment Processing,   Po Box 6305,   The Lakes, NV 88901-6305
10901549     +First Choice Bank,   Keeven D. Morgan,   900 W. Jackson 4-E,   Chicago, IL 60607-3024
16437205     +First Choice Bank,   c/o Ean L. Kryska,   SmithAmundsen LLC,   150 N. Michigan Ave., Suite 3300,
              Chicago, IL 60601-6004
10901550     +First Choice Bank,   c/o Keeven D. Morgan,   900 W. Jackson, 4-E,   Chicago, IL 60607-3024
10901551     +First USA Bank,   P.O. Box 8650,   Wilmington, DE 19899-8650
11258754     +Guerard, Kalina & Butkus,   Attn.: John Pcolinski, Jr.,   100 W. Roosevelt Road, A-1,
              Wheaton, IL 60187-5260
10901552     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury - IRS,   Centralized Insolvency Operations,
              Po Box 21126,   Philadelphia, PA 19114)
16542587      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
10901553     +Jamil Nawa,   c/o Christopher R. Whent,   270 Madison Avenue,   New York, NY 10016-0601
11105775     +MP3.com, Inc.,   c/o John W. Lamb, Jr.,   Boult, Cummings, Conners & Berry, PLC,
              1600 Division St., Ste. 700,   Nashville, Tennessee 37203-2771
10901555     +MP3.com/Universal,   c/o Austin McMullen,   1600 Division Street, Suite 700,
              Nashville, TN 37203-2771
10901554     +Michael Davis, Esq.,   400 S. County Farm Road,   Wheaton, IL 60187-4547
10948643     +T-Mobile Bankruptcy,   PO BOX 53410,   Bellevue, WA 98015-3410
```
The following entities were noticed by electronic transmission on Feb 11, 2011.
```
11484871     +E-mail/Text: bankrup@nicor.com                         (NICOR) Northern Illinois Gas,
              Attention Bankruptcy & Collections,   PO Box 549,   Aurora IL 60507-0549
13519983      E-mail/Text: resurgentbknotifications@resurgent.com              LVNV Funding LLC,
              c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
11518774      E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2011 22:59:43
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Carleen L Cignetto
aty           John W Pleta
10901556      Roberta Payne
aty*         +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
aty          ##+Connie J Lambert,   Law Office of Deborah K. Ebner,   11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
10901557     ##+Thelma Payne,   4112 Diamond Court,   Naperville, IL 60564-7131
                                                              TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ahamilton        Page 2 of 2             Date Rcvd: Feb 11, 2011
Case: 06-11088               Form ID: pdf006         Total Noticed: 29
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                          **Signature:**  _Joseph Speetjens_