**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PAYNE, DARRYL

Case No. 06-11088
Chapter 7

Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
(without deducting any secured claims)

Assets Exempt: $1,050.00

Total Distribution to Claimants: $9,954.24

Claims Discharged Without Payment: $2,095,527.68

Total Expenses of Administration: $656,016.88

3) Total gross receipts of $ 665,971.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $665,971.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $1,300,000.00 | $1,734,524.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 660,711.49 | 656,016.88 | 656,016.88 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 35,322.30 | 19,960.70 | 9,954.24 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 2,365,082.00 | 730,325.22 | 730,325.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,665,082.00 | $3,160,883.51 | $1,406,302.80 | $665,971.12 |

4) This case was originally filed under Chapter 7 on September 06, 2006. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2011       By: /s/DEBORAH K. EBNER
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assessment | 1290-000 | 275.41 |
| Residence | 1210-000 | 665,543.88 |
| Interest Income | 1270-000 | 151.83 |
| **TOTAL GROSS RECEIPTS** | | **$665,971.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 38 | Department of the Treasury - IRS | 4300-000 | N/A | 245,779.29 | 0.00 | 0.00 |
| 6 | C/F International, Inc. c/o Lindsay Taylor | 4110-000 | 1,300,000.00 | 1,488,745.21 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,300,000.00** | **$1,734,524.50** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 207.92 | 195.92 | 195.92 |

UST Form 101-7-TDR (10/1/2010)

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Law Office of Deborah K. Ebner | 3110-000 | N/A | 3,987.50 | 3,987.50 | 3,987.50 |
| Sugar Friedberg & Felsenthal, LLP | 3210-000 | N/A | 55,145.75 | 50,525.75 | 50,525.75 |
| John Pleta | 3210-600 | N/A | 0.00 | 1,200.00 | 1,200.00 |
| Sugar Friedberg & Felsenthal, LLP | 3220-000 | N/A | 3,175.26 | 1,912.65 | 1,912.65 |
| Popowcer Katten | 3410-000 | N/A | 2,428.50 | 2,428.50 | 2,428.50 |
| Illinois Department of Revenue | 2690-000 | N/A | 371.00 | 371.00 | 371.00 |
| International Sureties | 2300-000 | N/A | 11.78 | 11.78 | 11.78 |
| International Sureties | 2300-000 | N/A | 42.52 | 42.52 | 42.52 |
| International Sureties | 2300-000 | N/A | 65.85 | 65.85 | 65.85 |
| Re/Max Team 2000 | 3510-000 | N/A | 18,700.00 | 18,700.00 | 18,700.00 |
| Coldwell banker | 3510-000 | N/A | 12,050.00 | 12,050.00 | 12,050.00 |
| Chicago Title & Trust Co | 2500-000 | N/A | 1,940.00 | 1,940.00 | 1,940.00 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 34.75 | 34.75 | 34.75 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 615.00 | 615.00 | 615.00 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 307.50 | 307.50 | 307.50 |
| Nekola Survey Inc | 2500-000 | N/A | 295.00 | 295.00 | 295.00 |
| River Run Homeowners Assoc. | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Rowell Management | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| First Choice Bank | 2500-000 | N/A | 226,026.13 | 226,026.13 | 226,026.13 |
| Countrywide Home Loand | 2500-000 | N/A | 267,977.98 | 267,977.98 | 267,977.98 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Chicago TItle & Trust Company | 2820-000 | N/A | 1,278.72 | 1,278.72 | 1,278.72 |
| Chicago TItle & Trust Company | 2820-000 | N/A | 15,600.33 | 15,600.33 | 15,600.33 |
| Chicago TItle & Trust Company | 2500-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 660,711.49 | 656,016.88 | 656,016.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proof of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury - IRS | 5800-000 | N/A | 15,361.60 | 0.00 | 0.00 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 19,960.70 | 19,960.70 | 9,954.24 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 35,322.30 | 19,960.70 | 9,954.24 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | T-Mobile Bankruptcy | 7100-000 | N/A | 340.56 | 340.56 | 0.00 |
| 2 | First Choice Bank | 7100-000 | 700,000.00 | 278,331.88 | 278,331.88 | 0.00 |
| 4 | LVNV Funding LLC | 7100-000 | 14,886.00 | 14,886.39 | 14,886.39 | 0.00 |
| 5 | Advance Duplication Services | 7100-000 | 150,000.00 | 219,316.65 | 219,316.65 | 0.00 |
| 7 | MP3.com, Inc. c/o John W. Lamb Jr. | 7100-000 | 125,000.00 | 109,655.39 | 109,655.39 | 0.00 |
| 8 | Jamil Nawa | 7200-000 | 20,000.00 | 35,003.40 | 35,003.40 | 0.00 |
| 9 | Guerard, Kalina & Butkus | 7200-000 | N/A | 44,536.20 | 44,536.20 | 0.00 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 28,254.75 | 28,254.75 | 0.00 |
| NOTFILED | Nicor | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | First USA | 7100-000 | 2,560.00 | N/A | N/A | 0.00 |
| NOTFILED | CF International c/o Novak & Macey LLP | 7100-000 | 1,300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakota | 7100-000 | 15,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Davis, Esq. | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,365,082.00 | 730,325.22 | 730,325.22 | 0.00 |

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-11088
Case Name: PAYNE, DARRYL

Period Ending: 07/13/11

Trustee: (330480) DEBORAH K. EBNER
Filed (f) or Converted (c): 09/06/06 (f)
§341(a) Meeting Date: 10/12/06
Claims Bar Date: 01/13/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fraudulent conveyance litigation (u) | Unknown | Unknown | | 0.00 | Unknown |
| 2 | Undisclosed items of personal property (u) | Unknown | Unknown | | 0.00 | Unknown |
| 3 | Residence (u)<br>Escrow deposit<br>Sale of 4112 Diamond Ct. Naperville<br>Sale of Beverly Condo | Unknown | Unknown | | 665,819.29 | Unknown |
| 4 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Automobile | 10,150.00 | 0.00 | | 0.00 | FA |
| 9 | 100% ownership interest of Classic World Product (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 151.83 | FA |
| 10 | Assets Totals (Excluding unknown values) | $11,200.00 | $0.00 | | $665,971.12 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report submitted to UST. Trustee awaits approval.

Initial Projected Date Of Final Report (TFR): December 31, 2010          Current Projected Date Of Final Report (TFR): February 9, 2011 (Actual)

Printed: 07/13/2011 10:56 PM   V.12.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number:  06-11088
Case Name:    PAYNE, DARRYL

Trustee:       DEBORAH K. EBNER (330480)
Bank Name:     JPMORGAN CHASE BANK, N.A.
Account:       ***-*****29-65 - Money Market Account

Taxpayer ID #: **-***4408
Period Ending: 05/26/11

Blanket Bond:  $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/27/07 | (3) | RE/Max Team 2000 - Thomas Clifford | Escrow deposit - Payne - Naperville home | | 1210-000 | 10,005.00 | | 10,005.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 4.41 | | 10,009.41 |
| 02/04/08 | | Chicago Title & Trust Company | Sale of Naperville Property 4112 Diamond ct. | | | 50,000.00 | | 60,009.41 |
| | (3) | | sale proceeds | 615,000.00 | 1210-000 | | | 60,009.41 |
| | | | Assessment | 275.41 | 1290-000 | | | 60,009.41 |
| | | Re/Max Team 2000 | commissions | -18,700.00 | 3510-000 | | | 60,009.41 |
| | | Coldwell banker | commissions | -12,050.00 | 3510-000 | | | 60,009.41 |
| | | Chicago Title & Trust Co | Title Insurance | -1,940.00 | 2500-000 | | | 60,009.41 |
| | | | Delivery charges | -25.00 | 2500-000 | | | 60,009.41 |
| | | | Recording fee | -34.75 | 2500-000 | | | 60,009.41 |
| | | | Transfer charges State tax/stamps: Deed | -615.00 | 2500-000 | | | 60,009.41 |
| | | | Transfer charges City/county tax/stamp: deed | -307.50 | 2500-000 | | | 60,009.41 |
| | | Nekola Survey Inc | Surveyor | -295.00 | 2500-000 | | | 60,009.41 |
| | | River Run Homeowners Assoc. | 2008 Assessment | -300.00 | 2500-000 | | | 60,009.41 |
| | | | Reimbursement for Paid assessment to SFF | -100.00 | 2500-000 | | | 60,009.41 |
| | | Rowell Management | Transfer fee | -25.00 | 2500-000 | | | 60,009.41 |
| | | First Choice Bank | Net proceeds | -226,026.13 | 2500-000 | | | 60,009.41 |
| | | Countrywide Home Loand | Payoff first mortgage | -267,977.98 | 2500-000 | | | 60,009.41 |
| | | | earnest money | -10,000.00 | 2500-000 | | | 60,009.41 |
| | | | County taxes | -1,278.72 | 2820-000 | | | 60,009.41 |
| | | | Real estate taxes | -15,600.33 | 2820-000 | | | 60,009.41 |
| | | | Seller closing credit | -10,000.00 | 2500-000 | | | 60,009.41 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-11088 | | 2300-000 | | 11.78 | 59,997.63 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 10.26 | | 60,007.89 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 11.14 | | 60,019.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 8.37 | | 60,027.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 7.51 | | 60,034.91 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 7.63 | | 60,042.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 7.63 | | 60,050.17 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 7.13 | | 60,057.30 |
| 09/15/08 | 1002 | Sugar Friedberg & Felsenthal, LLP | Per Order of 9/11/08 - Docket #196 | | 3210-000 | | 25,613.45 | 34,443.85 |
| | | | | Subtotals: | | $60,069.08 | $25,625.23 | |

() Asset reference(s)

Printed: 05/26/2011 10:25 PM   V.12.56

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-11088 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | PAYNE, DARRYL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****29-65 - Money Market Account |
| Taxpayer ID #: | **-***4408 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.40 | | 34,450.25 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.75 | | 34,454.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.70 | | 34,456.70 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.44 | | 34,459.14 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 34,460.54 |
| 02/06/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-11088 Voided on 02/06/09 | 2300-000 | | 42.52 | 34,418.02 |
| 02/06/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-11088 Voided: check issued on 02/06/09 | 2300-000 | | -42.52 | 34,460.54 |
| 02/06/09 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-11088, 016026455 | 2300-000 | | 42.52 | 34,418.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 34,419.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 34,420.82 |
| 04/20/09 | | Chicago Title and Trust Co | Sale of Beverly condo- Per Order of 4/2/09 | | 39,338.88 | | 73,759.70 |
| | (3) | | Cash payment per order of 4/2/09  40,538.88 | 1210-000 | | | 73,759.70 |
| | | John Pieta | Fixed fee per Order of 1/16/09  -1,200.00 | 3210-600 | | | 73,759.70 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 73,761.63 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.90 | | 73,764.53 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.21 | | 73,767.74 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.11 | | 73,770.85 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.11 | | 73,773.96 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.00 | | 73,776.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.01 | | 73,779.97 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.11 | | 73,783.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.11 | | 73,786.19 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.91 | | 73,789.10 |
| 02/03/10 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #06-11088, #016026455 | 2300-000 | | 65.85 | 73,723.25 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.80 | | 73,726.05 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 73,729.35 |

Subtotals: $39,393.87 $108.37

() Asset reference(s)  !-Not printed or not transmitted  Printed: 05/26/2011 10:25 PM  V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-11088 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | PAYNE, DARRYL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****29-65 - Money Market Account |
| Taxpayer ID #: | **-***4408 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/26/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.90 | | 73,731.25 |
| 04/20/10 | | Wire out to BNYM account 9200******2965 | Wire out to BNYM account 9200******2965 | 9999-000 | -73,731.25 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,733.60 | 25,733.60 | $0.00 |
| | | | Less: Bank Transfers | | -73,731.25 | 0.00 | |
| | | | Subtotal | | 99,464.85 | 25,733.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $99,464.85 | $25,733.60 | |

() Asset reference(s)

Printed: 05/26/2011 10:25 PM V.12.56

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

Case Number: 06-11088
Case Name: PAYNE, DARRYL

Taxpayer ID #: **-***4408
Period Ending: 05/26/11

Trustee: DEBORAH K. EBNER (330480)
Bank Name: The Bank of New York Mellon
Account: 9200-******29-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | 9999-000 | 73,731.25 | | 73,731.25 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.55 | | 73,732.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.38 | | 73,737.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.25 | | 73,741.43 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.38 | | 73,745.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.38 | | 73,750.19 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.81 | | 73,752.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.87 | | 73,753.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.81 | | 73,755.68 |
| 12/01/10 | 11006 | Illinois Department of Revenue | Income tax payment | 2690-000 | | 371.00 | 73,384.68 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.87 | | 73,386.55 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.86 | | 73,388.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.68 | | 73,390.09 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.02 | | 73,391.11 |
| 03/18/11 | | To Account #9200******2966 | To close estate | 9999-000 | | 73,391.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 73,762.11 | 73,762.11 | $0.00 |
| Less: Bank Transfers | 73,731.25 | 73,391.11 | |
| Subtotal | 30.86 | 371.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $30.86 | $371.00 | |

() Asset reference(s)

Printed: 05/26/2011 10:25 PM V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

Case Number: 06-11088
Case Name: PAYNE, DARRYL

Taxpayer ID #: **-***4408
Period Ending: 05/26/11

Trustee: DEBORAH K. EBNER (330480)
Bank Name: The Bank of New York Mellon
Account: 9200-******29-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/11 | | From Account #9200******2965 | To close estate | 9999-000 | 73,391.11 | | 73,391.11 |
| 03/22/11 | 101 | Sugar Friedberg & Felsenthal, LLP | Dividend paid 100.00% on $50,525.75, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 24,912.30 | 48,478.81 |
| 03/22/11 | 102 | Sugar Friedberg & Felsenthal, LLP | Dividend paid 100.00% on $1,912.65, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 1,912.65 | 46,566.16 |
| 03/22/11 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $195.92, Trustee Expenses; Reference: | 2200-000 | | 195.92 | 46,370.24 |
| 03/22/11 | 104 | DEBORAH K. EBNER | Dividend paid 100.00% on $30,000.00, Trustee Compensation; Reference: | 2100-000 | | 30,000.00 | 16,370.24 |
| 03/22/11 | 105 | Law Office of Deborah K. Ebner | Dividend paid 100.00% on $3,987.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,987.50 | 12,382.74 |
| 03/22/11 | 106 | Popowcer Katten | Dividend paid 100.00% on $2,428.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,428.50 | 9,954.24 |
| 03/22/11 | 107 | Illinois Department of Revenue | Dividend paid 49.86% on $19,960.70; Claim# 10P; Filed: $19,960.70; Reference: | 5800-000 | | 9,954.24 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 73,391.11 | 73,391.11 | $0.00 |
| Less: Bank Transfers | | 73,391.11 | 0.00 | |
| Subtotal | | 0.00 | 73,391.11 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $73,391.11 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****29-65 | 99,464.85 | 25,733.60 | 0.00 |
| MMA # 9200-******29-65 | 30.86 | 371.00 | 0.00 |
| Checking # 9200-******29-66 | 0.00 | 73,391.11 | 0.00 |
| | $99,495.71 | $99,495.71 | $0.00 |

() Asset reference(s)

Printed: 05/26/2011 10:25 PM  V.12.56